# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL FULLER,

   Plaintiff,

      v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

   Defendant.

NO. 3:17-CV-0955

(JUDGE CAPUTO)

## ORDER

**NOW**, this 18th day of January, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Allstate Property and Casualty Insurance Company's Motion to Dismiss pursuant to Rule 12(b)(6) and 12(b)(7) (Doc. 11) is **GRANTED in part and DENIED in part**, and Plaintiff shall file a Third Amended Complaint within **twenty-one (21) days** from the date of entry of this Order adding Rebecca Fuller as a plaintiff to the action pursuant to Federal Rule of Civil Procedure 19(a).

(2) The Motion to Dismiss is **DENIED** in all other respects.

                                             /s/ A. Richard Caputo
                                             A. Richard Caputo
                                             United States District Judge